# EXHIBIT A
# TO CIVIL COVER SHEET

**DEFENDANTS:**

PENNSYLVANIA ENVIRONMENTAL HEARING BOARD
Rachel Carson State Office Building
Second Floor
400 Market Street
Harrisburg, PA 17105;

STEVEN C. BECKMAN
Rachel Carson State Office Building
Second Floor
400 Market Street
Harrisburg, PA 17105;

BERNARD A. LABUSKES, JR.
Rachel Carson State Office Building
Second Floor
400 Market Street
Harrisburg, PA 17105;

MICHELLE A. COLEMAN
Rachel Carson State Office Building
Second Floor
400 Market Street
Harrisburg, PA 17105;

SARAH L. CLARK
Rachel Carson State Office Building
Second Floor
400 Market Street
Harrisburg, PA 17105;

CITIZENS FOR PENNSYLVANIA'S FUTURE
1429 Walnut Street, Suite 701
Philadelphia, PA 19102;

DELAWARE RIVERKEEPER NETWORK
925 Canal Street, Suite 3701
Bristol, PA 19007

MAYA K. VAN ROSSUM
925 Canal Street, Suite 3701
Bristol, PA 19007


**ATTORNEYS:**

Emma H. Bast
Jessica R. O'Neill
Citizens for Pennsylvania's Future
1429 Walnut Street, Suite 701
Philadelphia, PA 19102
297-838-9154

Kacy C. Manahan
Delaware Riverkeeper Network
Canal Street, Suite 3701
Bristol, PA 19007
215-369-1188 x115