# EXHIBIT C



March 30, 2022

Transcontinental Gas Pipe Line Company, LLC
c/o Mr. Joseph Dean
2800 Post Oak Blvd
Level 11
Houston, TX 77056

Re:   State Water Quality Certification Notification
      Regional Energy Access Expansion Project
      FERC Docket No. CP21-94-000
      DEP Application No. WQ0083221-002
      APS ID No. 1035279; AUTH ID No. 1348099
      Luzerne County, Monroe County, Northampton County, Bucks County,
      Chester County, York County, and Delaware County

Dear Mr. Dean:

This is in reference to your request for Water Quality Certification under Section 401 of the Federal Clean Water Act, received by our office on March 31, 2021. The request relates to the Regional Energy Access Expansion Project (REAE), a natural gas transmission pipeline expansion and upgrade project. The project includes the installation of two loops along an existing pipeline, the upgrade of three existing compressor stations, modifications to five existing sites including three tie-ins, a valve, and a regulator, and associated ancillary facilities. The project is located in various municipalities within Luzerne, Monroe, Northampton, Bucks, Chester, York, and Delaware Counties, all within the Commonwealth of Pennsylvania.

The Department of Environmental Protection (Department) has reviewed your request for 401 Water Quality Certification and hereby grants the 401 Water Quality Certification for the Regional Energy Access Expansion Project. The approved certification is attached.

Any person aggrieved by this action may challenge it in an appropriate legal forum. The state and federal courts are currently split on whether the proper forum to challenge a Department permit, authorization or approval for a facility or activity subject to the Federal Natural Gas Act, 15 U.S.C. § 717 et seq., is the United States Court of Appeals for the Third Circuit or the Pennsylvania Environmental Hearing Board. *See Delaware Riverkeeper Network v. Sec'y, Dep't of Envtl. Prot.*, 833 F.3d 360 (3d Cir. 2016); *Delaware Riverkeeper Network v. Sec'y, Dep't of Envtl Prot.*, 903 F.3d 65 (3d Cir. 2018), cert. denied, 139 S. Ct. 1648, 203 L. Ed. 899 (2019) and *Cole v. Dep't. of Envtl Prot.*, 1577 C.D. 2019 WL 2420667 (Pa. Cmwlth Ct. June 15, 2021) (Pet. for Allowance of Appeal pending); *West Rockhill Twp. v. Dep't of Envtl. Prot.*, No. 1595 C.D. 2019 WL 2426014 (Pa. Cmwlth. Ct. June 15, 2021) (Pet. for Allowance of Appeal pending).

Transcontinental Gas Pipe Line Company, LLC     -2-                               March 30, 2022

You should promptly consult with a lawyer on the steps to take if you wish to challenge this action and to best protect your interests.

IMPORTANT LEGAL RIGHTS ARE AT STAKE.  YOU SHOULD SHOW THIS DOCUMENT TO A LAWYER AT ONCE.

If you have questions, please contact Mr. Kevin S. White, P.E., Environmental Group Manager, at 570.826.2015 or by email at kevwhite@pa.gov, and refer to Regional Energy Access Expansion Project, WQ0083221-002, to discuss your concerns or to schedule a meeting.

Sincerely,

Domenic Rocco, P.E.
Director
Regional Permit Coordination Office


Enclosure:   State Water Quality Certification

cc:     Ryan Nelson, WHM Consulting, LLC (by email)
        U.S. Army Corps of Engineers, Baltimore District (by email)
        U.S. Army Corps of Engineers, Philadelphia District (by email)
        PA Fish & Boat Commission, Division of Environmental Services (by email)
        Northeast Regional Waterways and Wetlands (by email)
        Northeast Regional ARD (by email)
        Southeast Regional Waterways and Wetlands (by email)
        Southeast Regional ARD (by email)
        Luzerne County Conservation District (by email)
        Buck Township (by email)
        Bear Creek Township (by email)
        Plains Township (by email)
        Jenkins Township (by email)
        Kingston Township (by email)
        Dallas Borough (by email)
        Wyoming Borough (by email)
        West Wyoming Borough (by email)
        Laflin Borough (by email)
        Monroe County Conservation District (by email)
        Ross Township (by email)
        Chestnuthill Township (by email)
        Tunkhannock Township (by email)
        Northampton County Conservation District (by email)
        Lower Mount Bethel Township (by email)
        Bucks County Conservation District (by email)

Transcontinental Gas Pipe Line Company, LLC     -3-                              March 30, 2022

    Lower Makefield Township (by email)
    Chester County Conservation District (by email)
    East Whiteland Township (by email)
    Peach Bottom Township (by email)
    York County Conservation District (by email)
    Marcus Hook Borough (by email)
    Delaware County Conservation District (by email)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF ENVIRONMENTAL PROTECTION**

**WATER QUALITY CERTIFICATION**
**REGIONAL ENERGY ACCESS EXPANSION PROJECT**

**FERC DOCKET NO.  CP21-94-000**

**WQ0083221-002: Transcontinental Gas Pipe Line Company, LLC**
**Mr. Joseph Dean**
**Transcontinental Gas Pipe Line Company, LLC**
**2800 Post Oak Blvd**
**Level 11**
**Houston, TX 77056**

**Luzerne, Monroe, Northampton, Bucks, Chester, York, and Delaware Counties**
**ACOE Philadelphia and Baltimore Districts**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF ENVIRONMENTAL PROTECTION
STATE WATER QUALITY CERTIFICATION (SWQC)
REGIONAL ENERGY ACCESS EXPANSION PROJECT
FERC DOCKET NO. CP21-94-000

**WQ0083221-002**—DEP certifies that the construction, operation and maintenance of the Project complies with the applicable provisions of sections 301-303, 306 and 307 of the Federal Clean Water Act (33 U.S.C. 1311-1313, 1316 and 1317). The DEP further certifies that the construction, operation and maintenance of the Project complies with Pennsylvania water quality standards and that the construction, operation and maintenance of the Project will maintain and protect applicable Commonwealth water quality standards provided that the construction, operation and maintenance of the project complies with the following DEP water quality permitting programs, criteria and conditions established pursuant to Pennsylvania law:

1. *Discharge of Hydrostatic Test Water* –Applicant shall obtain and comply with a National Pollutant Discharge Elimination System (NPDES) permit(s) for the discharge of water from the hydrostatic testing of the pipeline associated with the Project pursuant to Pennsylvania's Clean Streams Law (35 P.S. §§ 691.1 – 691.1001), 25 Pa. Code Chapter 92a (relating to NPDES permitting, monitoring and compliance), and all other applicable regulations.

2. *Erosion and Sediment Control and Stormwater Management* –All projects proposing earth disturbance must implement best management practices (BMPs) to protect and maintain water quality pursuant to Pennsylvania's Clean Streams Law (35 P.S. §§ 691.1 – 691.1001) and Storm Water Management Act (32 P.S. §§ 680.1 – 680.17), 25 Pa. Code Chapter 102 (relating to erosion and sediment control), and all other applicable regulations. Applicant shall obtain and comply with an Erosion and Sediment Control Permit(s) for earth disturbance associated with the Project as provided in 25 Pa. Code § 102.5.

3. *Water Obstruction and Encroachment Permits* – Applicant shall obtain and comply with a Water Obstruction and Encroachment Permit(s) for the construction, operation and maintenance of all stream and wetland crossings associated with the Project pursuant to Pennsylvania's Clean Streams Law, Dam Safety and Encroachments Act (32 P.S. §§ 693.1-693.27), and Flood Plain Management Act (32 P.S. §§ 679.101-679.601.), 25 Pa. Code Chapter 105 (relating to dam safety and waterway management), 25 Pa. Code Chapter 106 (relating to floodplain management), and all other applicable regulations.

4. *Other Water Quality Requirements* – Applicant shall obtain any other permits, authorizations or approvals required to construct, operate, and maintain the Project from any interstate or international agency as required by an interstate compact or international agreement that has established water quality standards applicable to surface waters of this Commonwealth, including wetlands.

5. *Water Quality Monitoring* – DEP retains the right to specify additional studies or monitoring to ensure that water quality in the receiving waters associated with the Project is not adversely impacted by any operational and construction process that may be employed by Applicant.

6. *Operation* – At all times, Applicant shall properly operate and maintain all Project facilities and systems of treatment and control (and related appurtenances) installed to achieve compliance with the terms and conditions of this SWQC and all required permits, authorizations and approvals. Proper operation and maintenance includes adequate laboratory controls, appropriate quality assurance procedures, and the operation of backup or auxiliary facilities or similar systems installed by Applicant.

7. *Inspection* – The Project, including all relevant records, are subject to inspection at reasonable hours and intervals by an authorized representative of DEP or the delegated County Conservation District to determine compliance with this SWQC, including all permits, authorizations or approvals issued to ensure the project shall maintain and protect state water quality standards as required by this SWQC. The Applicant shall provide a copy of this SWQC to an authorized representative conducting an inspection of the Project.

8. *Transfer of Projects* – If Applicant intends to transfer any legal or equitable interest in the Project or any portion(s) thereof, the Applicant shall provide a copy of this SWQC and copies of any permits, authorizations or approvals obtained to comply with the SWQC upon the prospective transferee of the legal and equitable interest at least thirty (30) days prior to the contemplated transfer and shall simultaneously inform the appropriate DEP Office of such intent. Notice to DEP shall include a transfer agreement signed by the existing and new owners containing a specific date for transfer of responsibility, coverage, and liability under the SWQC and any permits, authorizations and approvals obtained to comply with the SWQC. The new owner shall submit to DEP a new application form for the SWQC and any permits, authorizations and approvals required to comply with the SWQC signed by the new owner.

9. *Correspondence* – All correspondence with and submittals to DEP concerning this SWQC shall be addressed to:

> Department of Environmental Protection
> Regional Permit Coordination Office:
> Domenic Rocco, P.E., Director
> 400 Market Street, Harrisburg, PA 17101
> RA-EPREGIONALPERMIT@pa.gov

10. *Reservation of Rights* – DEP may modify, suspend or revoke this SWQC if (i) DEP becomes aware of new facts about the Project that warrant such action; or (ii) DEP determines that the Applicant has not complied with the terms and conditions of this SWQC. DEP may require additional measures to achieve compliance with any applicable law or regulation.

11. *Other Laws* – Nothing in this SWQC shall be construed to preclude the institution of any legal action or to relieve Applicant from any responsibilities, liabilities, or penalties established pursuant to any applicable law or regulation.

12. *Severability* – The provisions of this SWQC are severable and should any provision of this SWQC be declared invalid or unenforceable, the remainder of the SWQC shall not be affected thereby.

_____   3/30/2022
Domenic Rocco, P.E.                      Date
Director
Regional Permit Coordination Office