# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, | : |
| Plaintiff, | : |
| v. | : No. 1:23-cv-00463 |
| PENNSYLVANIA ENVIRONMENTAL HEARING BOARD, et al., | : |
| Defendants. | : |

## **ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of the Unopposed Motion of Defendants Delaware Riverkeeper Network, May K. van Rossum, the Delaware Riverkeeper, and Citizens for Pennsylvania's Future for Permission to File a Brief in Excess of 5,000 Words (the "Motion"), it is hereby ORDERED and DECREED that the Motion is GRANTED.

BY THE COURT:

_____
Christopher C. Conner, U.S.D.J.