## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TRANSCONTINENTAL GAS PIPE
LINE COMPANY, LLC,                          :
                                            :
                                            :
                 Plaintiff,                 :
                                            :          No. 1:23-cv-00463
       v.                                   :
                                            :
PENNSYLVANIA                                :
ENVIRONMENTAL HEARING                       :
BOARD, et al.,                              :
                                            :
                 Defendants.                :

## CERTIFICATE OF SERVICE

I, Kacy C. Manahan, certify that on April 17, 2023, a true and correct copy of Unopposed Motion of Defendants Delaware Riverkeeper Network, May K. van Rossum, the Delaware Riverkeeper, and Citizens for Pennsylvania's Future for Permission to File a Brief in Excess of 5,000 Words was served upon all counsel of record via this Court's CM/ECF system.


                                            /s/ Kacy C. Manahan
                                            Kacy C. Manahan, Esquire
Dated: April 17, 2023